JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYSETTE RUBIO, | CV 22-155 PA (PVCx) |
| Plaintiff, | JUDGMENT |
| v. | |
| BANK OF AMERICA, N.A., | |
| Defendant. | |

Pursuant to the Court's April 25, 2022 Minute Order dismissing this action for failure to prosecute,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: April 25, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE